IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicolas Perez Lopez,<br><br>　　　　Petitioner,<br><br>v.<br><br>Todd M Lyons, et al.,<br><br>　　　　Respondents. | No. CV-26-00893-PHX-DWL (ASB)<br><br>**ORDER** |

Petitioner brought this action challenging his immigration detention under § 2241. The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 5.) Respondents did not timely respond to the OSC and filed a notice on February 20, 2026 indicating "Respondents do not oppose Petitioner's request for release from custody at this time." (Doc. 11.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to Petitioner's request for release from custody.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

///

1 **IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 20th day of February, 2026.

_____
Dominic W. Lanza
United States District Judge